**Electronically Filed
Supreme Court
SCWC-17-0000746
06-JUL-2021
01:56 PM
Dkt. 29 OCOR**

SCWC-17-0000746

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

U.S. BANK TRUST, N.A.,
AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,
Petitioner/Plaintiff-Appellee,

vs.

PATRICK LOWELL VERHAGEN; PATRICK LOWELL VERHAGEN, TRUSTEE OF THE
PATRICK LOWELL VERHAGEN REVOCABLE TRUST DATED OCTOBER 29, 1999
Respondent/Defendant-Appellant,

and

WELLS FARGO BANK, N.A.,
Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000746; CIVIL NO. 16-1-0147(1))

ORDER OF CORRECTION
(By: Eddins, J.)

IT IS HEREBY ORDERED That the Opinion of the Court,
filed on June 21, 2021, is corrected as follows:

On page 10, footnote 3, line 8, the word "2020" is
corrected to read "2018".

On page 15, line 15, the word "802(c)" is corrected to
read "801(c)".

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, July 6, 2021.

/s/ Todd W. Eddins
Associate Justice

